NUMBER 13-05-539-CV

 

                                   COURT OF
APPEALS

 

                        THIRTEENTH DISTRICT OF
TEXAS

 

                           CORPUS CHRISTI -
EDINBURG

______________________________________________________________

 

                    IN RE KELCO SALES &
ENGINEERING COMPANY

______________________________________________________________

 

                                  On Petition
for Writ of Mandamus 

______________________________________________________________

 

                                MEMORANDUM
OPINION

 

      Before Chief Justice Valdez and Justices
Hinojosa and Rodriguez 

                                Per Curiam Memorandum Opinion[1]

 

Relator, Kelco Sales & Engineering Company, filed a joinder to petition for writ of mandamus on July 22,
2005.  This Court granted Kelco Sales & Engineering Company=s joinder on August 2, 2005. 
The parties have now filed a joint motion requesting that this Court
dismiss Kelco=s original
proceeding because it has been non-suited in the underlying proceeding. 

The joint motion
to dismiss is GRANTED, and the original proceeding is DISMISSED. 

PER CURIAM

 

Memorandum Opinion delivered and filed

this 31st day of August, 2005.











[1] See Tex. R. App. P.
52.8(d) (AWhen denying relief, the court may hand down an opinion but is not
required to do so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).